

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re Shilpa B. Trivedi, Relator

Appellate case number:    01-16-00804-CV

Trial court case number:   2014-54049

Trial court:              215th District Court of Harris County

On October 14, 2016, the relator, Shilpa B. Trivedi filed a petition for a writ of mandamus seeking to vacate the respondent trial judge's August 9, 2016 order directing that relator's pleadings be struck if she fails to pay $41,574.38 in attorneys' fees within 60 days of that order. With the petition, relator has filed an emergency motion seeking a stay of the August 9, 2016 sanctions order and a stay of the emergency hearing set for October 21, 2016, on several issues related to attorney's fees and other matters.

Although relator's emergency motion contains a certificate of service, it fails to contain the required certificate of compliance that all parties have been notified by expedited means that an emergency motion for temporary relief has been or will be filed. *See* TEX. R. APP. P. 52.10(a). Accordingly, we **DENY** relator's emergency motion **without prejudice** to refiling **within 3 days of the date of this order** an amended emergency motion to stay that contains a certificate of compliance. *See id.*

In addition, while relator's appendix contains two cover pages with district clerk image numbers for the exhibits, it fails to contain a single index with page numbers for all exhibits and the bookmarks fail to link to those exhibits. *See* TEX. R. APP. P. 9.4(h) ("An electronically filed record in an original proceeding . . . that includes more than one item must contain bookmarks to assist in locating each item."). Thus, we **ORDER** relator, **within 3 days of the date of this order,** to file a supplemental record with an index with page numbers and bookmarks that link to the exhibits. *See id.* 9.4(h), 52.7(b).

Finally, the Court requests a response to the petition for writ of mandamus by any real party in interest.  *See* TEX. R. APP. P. 52.8(b)(1).  The response, if any, shall be filed **within 30 days from the date of this order**.  *See id.* 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ Laura Higley
    X  Acting individually    ☐  Acting for the Court

Date:  October 14, 2016